BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8927
   Facsimile: (415) 744-0134
   E-Mail: Patrick.Snyder@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD FLORES, | |
|    Plaintiff, | Case NO. 2:12-cv-00312-EFB |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
|    Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the administrative law judge (ALJ) will issue a new decision, and give the claimant an opportunity to participate in another hearing. The ALJ will review the medical opinions of record and explain the weight given to those opinions when determining Plaintiff's RFC and assess claimant's testimony and third party statements. If appropriate, the ALJ will consult with a Vocational Expert (VE) and ask whether his or her testimony is consistent with the DOT. If the VE testimony is not consistent with the DOT, the ALJ shall obtain an explanation for any deviation.

| | | |
|---|---|---|
| Dated: October 4, 2012 | | */s/ Bess M. Brewer* |
| | | _____ |
| | | BESS M. BREWER |
| | | (as authorized via email on October 4, 2012) |
| | | Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: October 4, 2012 | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | | DONNA L. CALVERT |
| | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | |
| | | */s/ Patrick William Snyder* |
| | | _____ |
| | | PATRICK WILLIAM SNYDER |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 9, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE